0    6321

Withdrawn
and not
reissued.